AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Godbey, David C. | Northern District of Texas | 08/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge-Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

U. S. District Judge
1100 Commerce Street Room 1504
Dallas Tx 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Agent/Executor | Agent, then Executorship See Part VII Lines 6-40 and also lines 51-88 |
| 2. | Executor | Executorship, see Part VII Lines 41-50 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self employed, attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JPMorgan Chase Bank N A | Line of credit | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Merrill Lynch - Retirement | E | Dividend | O | T | | | | | |
| 2. -Vanguard Institutional Index Fund | | | | | Buy (add'l) | 06/30/14 | K | | |
| 3. -Vanguard Short Term Investment Grade Fund ADM Class | | | | | Buy (add'l) | 06/30/14 | J | | |
| 4. JPMorgan Chase Bank Account | A | Interest | M | T | | | | | |
| 5. Vanguard Wellington Fund Admiral | D | Dividend | M | T | Sold (part) | 12/15/14 | L | D | |
| 6. JPMorgan Chase Bank Account DOD 8-16-14 | A | Interest | M | T | | | | | |
| 7. Schwab Brokerage #1 (H) DOD 8-16-14 | D | Dividend | | | Distributed | 12/19/14 | P1 | | |
| 8. - Sch Adv Cash Reserve SWZXX DOD 8-16-14 | | | | | Distributed | 12/18/14 | K | | |
| 9. - DFA One Yr Fixed Inc Portfolio | | | | | Sold | 02/05/14 | L | A | |
| 10. - DFA Two Yr Global Fixed Inc Portfolio | | | | | Sold | 02/05/14 | L | A | |
| 11. - DFA Emerging Mkts Sm Cap Portfolio DOD 8-16-14 | | | | | Sold | 12/15/14 | K | | |
| 12. - DFA Emerging Mkt Value Portfolio DOD 8-16-14 | | | | | Sold | 12/15/14 | K | | |
| 13. - DFA Intl Sm Cap Value Prtfolio DOD 8-16-14 | | | | | Sold | 12/15/14 | K | | |
| 14. - DFA Intl Value Portfolio | | | | | Sold | 02/05/14 | K | B | |
| 15. - DFA Real Estate Sec Portfolio DOD 8-16-14 | | | | | Sold | 12/15/14 | K | B | |
| 16. - DFA US Lg Cap High (formerlyValue Portfolio) | | | | | Sold | 02/05/14 | K | D | |
| 17. - DFA US LG Co Portfolio | | | | | Sold | 02/05/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - DFA US Targeted Value Portfolio | | | | | Sold | 02/05/14 | K | D | |
| 19. - Powershares Common Stcok | | | | | Sold | 02/05/14 | K | | |
| 20. - DFA Intl Sm Cap Gwptf | | | | | Buy | 02/05/14 | K | | |
| 21. | | | | | Sold | 02/05/14 | K | | |
| 22. - DFA US Lg Cap Grwth PTF | | | | | Buy | 02/05/14 | K | | |
| 23. | | | | | Sold | 02/05/14 | K | | |
| 24. - DFA US Micro Cap Instl | | | | | Buy | 02/05/14 | K | | |
| 25. | | | | | Sold | 02/05/14 | K | | |
| 26. - DFA Interm Govt Fixed | | | | | Buy | 02/05/14 | K | | |
| 27. | | | | | Sold | 02/05/14 | K | | |
| 28. - DFA Five Year Glbl | | | | | Buy | 02/05/14 | K | | |
| 29. | | | | | Sold | 02/05/14 | K | | |
| 30. - DFA Sm Cap Grwth PTF | | | | | Buy | 02/05/14 | K | | |
| 31. | | | | | Sold | 02/05/14 | K | | |
| 32. - DFA Sm Cap Value | | | | | Buy | 02/05/14 | K | | |
| 33. | | | | | Sold | 02/05/14 | K | | |
| 34. Schwab Brokerage #2 (H) | D | Dividend | | | Distributed | 12/19/14 | O | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SCHW Intl Eq ETF DOD 8-16-14 | | | | | Sold | 12/15/14 | M | | |
| 36. - SCHW US Brd Mkt ETF DOD 8-16-14 | | | | | Sold | 12/15/14 | M | B | |
| 37. - SPDR Barclays Cap Intl T Bond DOD 8-16-14 | | | | | Sold | 12/15/14 | L | | |
| 38. - Vanguard Bond Index Fund DOD 8-16-14 | | | | | Sold | 12/15/14 | L | A | |
| 39. - Vanguard Energy ETF DOD 8-16-14 | | | | | Sold | 12/15/14 | L | | |
| 40. - Vanguard REIT DOD 8-16-14 | | | | | Sold | 12/15/14 | M | D | |
| 41. JPMorgan Chase Bank Account | A | Interest | N | T | | | | | |
| 42. Scottrade Brokerage (H) | A | Int./Div. | | | | | | | |
| 43. - SPDR S&P 500 ETF formerly TR Unit Sr 1 | | | N | T | | | | | |
| 44. - SPDR S&PMidcap 400ETF Tr U | | | N | T | | | | | |
| 45. - Vanguard ScottsdaleFDS Int-Term Corp | | | O | T | | | | | |
| 46. - Vanguard FTSE Dev Mkts formerly Tax-Managed Fnd Eur Pac ETF | | | M | T | | | | | |
| 47. Riley James Matagorda Prospect LP DOD value 6/18/12 | D | Royalty | J | W | | | | | |
| 48. Fergus Oil & Gas LLC DOD 6/18/12 | B | Royalty | J | W | | | | | |
| 49. Harbor Resources LLC DOD 6/18/12 | B | Royalty | J | W | | | | | |
| 50. Harbor Resources LLC DOD value 6/18/12 | C | Royalty | J | W | | | | | |
| 51. Merrill Lynch Brokerage (H)(X) DOD 8-16-14 | E | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - AFLAC Inc (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |
| 53. - Anadarko Petroleum Corp (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |
| 54. - BP PLC Spons Adr (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | J | | |
| 55. - Bristol Myers Squibb (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |
| 56. - Century Link Inc (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |
| 57. - Exxon Mobil Corp (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | L | | |
| 58. - Wisdom Tree Intl S/C DV F (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |
| 59. - Home Depot (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | L | C | |
| 60. - Intel Corp (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |
| 61. - Vanguard ST Corp Bond (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | M | | |
| 62. - Vanguard Intermediate Term Corp Bnd (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | M | | |
| 63. - IShares Inc Global Ex USD (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | M | | |
| 64. - JPMorgan Chase & Co (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | M | | |
| 65. - Pfizer Inc (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | J | | |
| 66. - Qualcom Inc (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | L | | |
| 67. - Sabine Royalty Trust UBI (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | L | | |
| 68. - Tesoro Corp (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - The Mosaic Company (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |
| 70. - Valero Energy Corp (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |
| 71. - Verizon Communications (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | J | | |
| 72. - Vodafone Group PLC Adr (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | J | | |
| 73. - Navios Maritime Ptrs (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | L | | |
| 74. - Energy Transfer Ptrs (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | L | | |
| 75. - First Eagle Global Class C (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | M | | |
| 76. - Ivy Asset Strategy Fund Cl C (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | M | | |
| 77. - ML Bank Deposit Program (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | K | | |
| 78. - Lord Abbett Short Duration Inc Fd (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | O | | |
| 79. - Templeton Global Bond Fd 1 C (X) DOD 8-16-14 | | | | | Sold | 10/15/14 | M | | |
| 80. National Retail Properties Inc (X) DOD 8-16-14 | A | Dividend | | | Sold | 10/15/14 | J | | |
| 81. Hawaiian Elect Ind (X) DOD 8-16-14 | A | Dividend | | | Sold | 10/15/14 | J | | |
| 82. Hewlett Packard Co (X) DOD 8-16-14 | A | Dividend | | | Sold | 10/15/14 | J | | |
| 83. Hopewell Holdings Ltd (X) DOD 8-16-14 | A | Dividend | | | Sold | 10/15/14 | J | | |
| 84. Public Serv Enterprise Grp (X) DOD 8-16-14 | A | Dividend | | | Sold | 10/15/14 | J | | |
| 85. Sabine Royalty Trust (X) DOD 8-16-14 | A | Royalty | | | Sold | 10/15/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Telefonica S A Spons Adr (X) DOD 8-16-14 | A | Dividend | | | Sold | 10/15/14 | J | | |
| 87. | Texas Pacific LD Tr Sub CTF Prop (X) DOD 8-16-14 | A | Dividend | | | Sold | 10/15/14 | L | | |
| 88. | Aberdeen Asia Pacific Inc (X) DOD 8-16-14 | A | Dividend | | | Sold | 10/15/14 | J | | |
| 89. | Schwab Brokerage #3 (H)(X) | D | Dividend | | | | | | | |
| 90. | - Sch Adv Cash Reserve (X) | | | J | T | | | | | |
| 91. | - DFA One Year Fixed Inc Port Instl (X) | | | L | T | | | | | |
| 92. | - DFA Two Year Global Fixed Inc Port Instl (X) | | | K | T | | | | | |
| 93. | - DFA Emerging Mkts Sm Cap Port Instl (X) | | | K | T | | | | | |
| 94. | - DFA Emerging Mkts Value Port Instl (X) | | | K | T | | | | | |
| 95. | - DFA Intl Sm Cap Grwth Instl (X) | | | K | T | | | | | |
| 96. | - DFA Intl Sm Cap Value Port Instl (X) | | | K | T | | | | | |
| 97. | - DFA Real Estate Secur Port Instl (X) | | | K | T | | | | | |
| 98. | - DFA US Lg Cap Grwth Instl (X) | | | K | T | | | | | |
| 99. | - DFA US Lg Cap Value Port Instl (X) | | | J | T | | | | | |
| 100. | - DFA US Micro Cap Port Instl (X) | | | K | T | | | | | |
| 101. | - DFAUS Sm Cap Grwth Instl (X) | | | J | T | | | | | |
| 102. | - DFA US Sm Cap Value Port Instl (X) | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Inter-Term Corp Bond Ix Ad (X) | B | Dividend | O | T | | | | | |
| 104. Vanguard Total Stock Mkt Idx Adm (X) | C | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 6 through 40 Respondent was agent for ▮▮▮▮▮▮▮ investment accounts during 2014,

Part VII, Lines 51 through 88 family member passed away on August 16, 2014, and agent was appointed as Executor wheen other accounts were added .

Part VII. Lines 41 through 50 Respondent was appointed as Executor of a ▮▮▮▮▮▮▮ estate. Date of death was June 18, 2012..

Part VII, Lines  89 through 104 assets where added as a result of inheritance by various ▮▮▮▮▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Godbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544